IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00296-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.   Failure to include this number
may result in a delay in the consideration of your claims.**)

SARAH M. SOLOMON,

      Plaintiff,

v.

REALOGY HOLDINGS CORP.,
NRT, LLC & NRT, REO EXPERTS,
COLDWELL BANKER RESIDENTIAL BROKERAGE,
CARTUS, and
COLDWELL BANKER CASTLE PINES,

      Defendant.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff, Sarah M. Solomon, resides in Federal Heights, Colorado.   On February 1, 2019, Ms. Solomon submitted to the court *pro se* a "Complaint for Employment Discrimination" (ECF No. 1) and an Application to Proceed in District Court Without Prepayment of Fees or Costs (Long Form) (ECF No. 3) ("ECF No." identifies the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). This manner of identifying a document on the electronic docket is used throughout this order).

      As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that one of the submitted documents is deficient as described in this order.

Plaintiff will be directed to cure the following if she wishes to pursue any claims in this

action.   Any papers that Plaintiff files in response to this order must include the civil

action number on this order.

**Complaint, Petition or Application**:
(11)   ____   is not submitted
(12)   _X_   is not on proper form
(13)   ____   is missing an original signature by the prisoner
(14)   ____   is missing page nos. ____
(15)   ____   uses et al. instead of listing all parties in caption
(16)   ____   names in caption do not match names in text
(17)   ____   addresses must be provided for all defendants/respondents in "Section A.
             Parties" of complaint, petition or habeas application
(18)   ____   other: _____.

Plaintiff must resubmit her pleading on the court-approved "Employment

Discrimination Complaint" form.   The court's form, unlike the form used by Plaintiff,

requires her to identify the facts supporting each claim for relief asserted in the

complaint, instead of merely checking boxes.   Plaintiff may not reference her charge of

discrimination filed with the EEOC in lieu of providing a short and plain statement of the

facts to show that she is entitled to relief.

Plaintiff is informed that she may choose to contact the Federal Pro Se Clinic at

(303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in

this matter.   The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj

United States Courthouse, 901 19th Street, Denver CO 80294.   Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30)**

**days from the date of this order**.   Any papers that Plaintiff files in response to this

order must include the civil action number on this order.   It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved form for filing

an Employment Discrimination Complaint, along with the applicable instructions, at

www.cod.uscourts.gov.   Plaintiff shall use the form in curing the deficiency.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency

**within thirty (30) days from the date of this order**, the action may be dismissed

without further notice.   The dismissal shall be without prejudice.

DATED February 4, 2019, at Denver, Colorado.

BY THE COURT:


 s/ Gordon P. Gallagher
United States Magistrate Judge

3