Privak Only 19 CV 00296

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 APR 17 AM 11:58

JEFFREY P. COLWELL
CLERK

BY _____ DEP. CLK

Honor,

I could not [make] this note on my comp.
Indeed, I have been hacked & the party
of which I believe to be Realtor.com
& Realogy & concerned about the integrity
of their copyright — Coldwell Banker App
lead generation & corp. accounts w/ their
clients such as HUD, of which I am
in agreement. However, it could be a
competitor or meant to harm the
National Association of Realtors.

Of which I still respect. I need
to show what I have to you. All involved
need to speak. I will go to the
Denver Board of Realtors to make all
calls. Between you & me — I am not
certain why they havent been understanding
all along. I still only trust you. Thank You,

Sarah

TO: Gordon P. Gallagher

United States Magistrate Judge

901 19th St

Denver, CO 80294

(in your discretion to keep private)

Dear Honorable Gordon P. Gallagher,

Your honor, I need a federal advocate to articulate for me what I believe may be transpiring. I go from feeling I should present all this, being too full of pride, to defending my rights and then to, "this is way to concerning you are a fool not to ask for help from those that can help you."

I forced myself to sever my social networks so that they cannot contact me I am too close to their circles, it's the entire population of the community. They have every single users' email, it is REALTOR. Upon information, and belief the friends, affiliates, parties of the Defendants' have improperly identified themselves in solicitation in order to continue to harass, intimidate and now threaten me in my belief. Inman news is owned by the Defendants and early on she contacted me to tell my story. Glenda Schroeder's a previous boss, appeared to be my friend here and, I don't think she legally should have even tried knowing there was pending litigation.

My protected copyright photo was on the Defendant's website, with my dog, and my protected disability. I say "defendant" but, I wasn't aware who CB was in the contract until I started Googling variations of it. It is Realtor.com. I am unsure why they just didn't tell me all along. I wanted to give you proper information in this amended complaint. After discovering it, the following transpired.

The profile itself had appeared to be compromised and another person, the copyright owner a person of who knew nothing of this case, nor my intent of filing this claim.

1

CLAIM OF DISCRIMINATION BASED ON SEX TITLE VII 19-CV-00296 GPG

I affirm this to be true. I am would like to testify under oath that these things have happened. As stated herein to be the best of my knowledge on the subject matter and what I saw and what others said to me.

I went to Realtor.com to delete my account and severe my association with the Defendants' because I do not want them interfering with this claim. My account details had someone else's cell number which was not mine. I emailed under the password reset section, please release my account or store my data properly for this case and I think I provided the below case number. The next day, I called the original copyright owner and let her know that I could not access the photos and I was in litigation and to be aware and, if she needed to adjoin herself or if I needed to do anything. She stated the rights were mine and she would resend them, they always were, and she always does this with her clients. She then outlined that the exact thing happened to her the "wrong cell phone", within the last seven calendar days. Instagram is monitoring. I told her that Facebook is waiting for me to direct any request once subpoenaed and offered her the information.

My dog is my medical dog and property, your honor I do not know if this was a threat or not. I am always too naïve. It is for community and the protection of the public. The woman and her family hacked are good people. Her husband was my lender, he is handling the breach with Instagram. I don't want to say what I am thinking right now because my computer may be compromised. My claims may too damaging, I cannot know right now. I need the full protection of the American United States Congress and restraint from the Defendants', this is my request. I could be danger.

Respectfully submitted,

2

## CLAIM TWO *& ONE*

## BREACH OF CONTRACT AND CONSUMER PROTECTION ACT

AMENDED COMPLAINT MARCH 18, 2018 The Plaintiff SARAH SOLOMON is filing her Complaint against the Defendants' based on the following: Upon information and belief re: the Retaliation Claim submitted 04/17/2019. The Plaintiff is requesting to seek a conversation with the Defendants' first. The Plaintiff has reason to believe that information contained herein is of concern.

## C. JURISDICTION

## CLAIM BASED ON BREACH OF CONTRACT



5.

1

**Claim Three**

## TITLE VII CIVIL RIGHTS ACT 1964 DISCRIMINATION BASED ON SEX

AMENDED COMPLAINT MARCH 18, 2018/ 4:58 P.M. Sarah M. Solomon, herein respectfully

submits the following to be the operative pleading in this matter and proceed accordingly.

However, upon reason and belief regarding Retaliation Claim 04/17/2019, the Plaintiff is

requesting a conversation with the Defendants' first in order to protect the contents herein.

**Jurisdiction**

1.



## Retaliation Claim

AMENDED COMPLAINT MARCH 18, 2018 The Plaintiff SARAH SOLOMON is filing her
Complaint against the Defendants' based on the following: The Plaintiff has added Retaliation
to her Claim, in order to protect the integrity of the parties. The Plaintiff is requesting to seek a
conversation with the Defendants' first. The Plaintiff may have not known this information was
sensitive.

## The Parties



RETALIATION 19-CV-00296 GPG