*Amends March 18, 2018 Claim &*
*Motion to transfer Answer*

# #I AM ONE

potential buyers for one of your properties, who because of the transaction had her twin children two months premature.

Lisa Martin sent this to me after I filed my complaint with the EEOC without my solicitation. This is how God works. I hope one day you learn how to treat people. You all are everything that defines unethical, is my opinion and until you change it will be my stance and I do not care what you think of that statement. I will no longer "tolerate" your abuse.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 APR 18 PM 3:50
JEFFREY P. COLWELL
CLERK
BY___ DEP. CLK

"This message has been years in the making, but I wanted to reach out to you to thank you for being such a thoughtful and caring person. I am so delighted to see your new career path, as it suits you well. Seven years ago, you were helping us with the foreclosure house on Rim Drive. I was pregnant with our twins and they decided to come two months early (and were in NICU for 6 weeks). You graciously let us out of our contract, which was a difficult business decision on your part, but the best situation for our family. My little boys are now healthy, darling kiddos, who are thriving. Your humanity showed through then as it does now as you empower others through your new company. I am so delighted to see your success in making people's lives better. Please know I have thought of your graciousness many times over the years and have wanted to thank you. When a message came through my email today with your name on it, I knew I had to reach out. Your new career move is inspiring, and I wish you the best!"
*-Lisa Martin*

Below are testimonies on my behalf from your own people. Hundreds of others exists.

"Sarah is a hardworking, dedicated Real Estate Agent with special expertise in REO properties. She has been with our office for several years and is consistently one of the top producing agents." *– Andy Sommer CBRB*

"Sarah has done a great job for me in the past. She really gets results. She knows the real estate industry and REO is a dependable agent. Pricing is dead on and properties move quickly."

36

BREACH OF CONTRACT AND CONSUMER PROTECTION ACT 19-CV-00296 GPG

— *Tiffany Cerasoli NRT REO Experts*

"I have had the pleasure of working with Ms. Solomon in several capacities. She is knowledgeable in both traditional and default real estate and strives to exceed her client's expectations with each transaction. She is highly skilled at assessing the needs of each asset and delivering the best recommendations to her clients. Ms. Solomon utilizes comprehensive technology and media, as well as, exemplary customer service to get the desired results for every client. I highly recommend Sarah Solomon to any buyer or seller."

— *Alisha Smith NRT REO Experts*

P.S. The Plaintiff recently endured a cyber attack. A cyber attack, is so pervsy. The Plaintiff couldn't possibly afford Chris Mygatt the same claim of freedom & benefit that she enjoys.

Therefore the Plaintiff call for reprieve, until clear minded. Which Spokane, WA is where John plans to attend & therefore ask to switch Jurisdication to Washington, LY to 45-60 days.



37

BREACH OF CONTRACT AND CONSUMER PROTECTION ACT 19-CV-00296 GPG