In the United States District Court
For the District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 JUN -4 PM 3:39

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. 19-cv-00296-MEH

Sarah M. Solomon,

Plaintiff,

v.

NKT, LLC., et al.,

Defendants

## Notice of Voluntary Dismissal

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Sarah M. Solomon, herein gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendents', which means ALL of the Defendent's.

6/4/2019

Sarah M. Solomon
2000 W. 92nd Ave #614
Denver, Co 80240
(303) 598.8738